No. 34, October Term, 1958. UPHAUS *v.* WYMAN, ATTORNEY GENERAL OF NEW HAMPSHIRE, 360 U. S. 72. Motions of Religious Freedom Committee, Inc., and American Civil Liberties Union for leave to file briefs, as *amici curiae,* granted. Petition for rehearing denied.

No. 435, October Term, 1958. LEV *v.* UNITED STATES, 360 U. S. 470;

No. 436, October Term, 1958. WOOL *v.* UNITED STATES, 360 U. S. 470;

No. 437, October Term, 1958. RUBIN *v.* UNITED STATES, 360 U. S. 470; and

No. 753, October Term, 1958. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE *v.* ALABAMA EX REL. PATTERSON, 360 U. S. 240. Petitions for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of these applications.

No. 457, October Term, 1958. INGRAM ET AL. *v.* UNITED STATES, 360 U. S. 672. Petition for rehearing denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application.

No. 493, October Term, 1958. REISTROFFER ET AL. *v.* UNITED STATES, 358 U. S. 927. Motion for leave to file petition for rehearing denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

No. 733, Misc., October Term, 1958. CORBETT *v.* COMMON PLEAS COURT OF STARK COUNTY, OHIO, 360 U. S. 907. Petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.